# First District Court of Appeal
## State of Florida

_____

No. 1D2025-0289

_____

THOMAS ALLEN FULLER,

Petitioner,

v.

STATE OF FLORIDA,

Respondent.

_____

Petition for Writ of Mandamus—Original Proceedings.

June 9, 2025

PER CURIAM.

DISMISSED.

LEWIS, NORDBY, and LONG, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Thomas Allen Fuller, pro se, Petitioner.

No appearance for Respondent.